IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01519-RPM

E-BRANDS RESTAURANTS, LLC,
    Plaintiffs,
v.

NATIONAL SURETY CORPORATION,

    Defendant.

## ORDER OF DISMISSAL

Pursuant to the Stipulation for Dismissal [13], filed on August 27, 2008, it is

ORDERED that this case is dismissed without prejudice.

Dated: August 29th, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge